| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Matthewman, William D. | 2. Court or Organization U.S. District Court, S.D. FL | 3. Date of Report 08/26/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☑ Initial  ☐ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 08/26/2012 |

**7. Chambers or Office Address**

United States Courthouse
701 Clematis Street
West Palm Beach, FL 33401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney/Partner | Seiden, Alder & Matthewman, P.A. |
| 2. | Attorney/President | Matthewman Law, P.A. |
| 3. | Member | SAMBA LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2011 | Shareholder Partner Withdrawal Agreement, by and between Seiden, Alder & Matthewman, P.A., Andrew Seiden, Wayne M. Alder, & Willam D. Matthewman. |
| 2. | | This is an agreement entered into with my prior law firm and its partners in which they agreed to pay me for my interest held in the prior law firm, monies owed |
| 3. | | to me as a result of my prior work at the law firm, and compensation for services rendered before becoming a judge, as well as their agreement to indemnify me |
| 4. | | and hold me harmless from any firm debts. The effective date of the Agreement is 12/31/2011, the date I withhdrew and separated from said law firm. |

| Name of Person Reporting | Date of Report |
|---|---|
| Matthewman, William D. | 08/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Seiden, Alder & Matthewman, P.A., gross ncome from law firm | $353,249.00 |
| 2. 2011 | Seiden, Alder & Matthewman, P.A., gross income from law firm | $331,431.00 |
| 3. 2012 | Matthewman Law P.A., gross income from law firm | $223,077.00 |
| 4. 2012 | Seiden, Alder & Matthewman, payments from prior law firm per Shareholder Partner Withdrawal Agreement | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Laws Reporting, Inc. |
| 2. 2011 | Seiden, Alder & Matthewman, P.A.. |
| 3. 2012 | Laws Reporting, Inc. |
| 4. 2012 | Matthewman Law, P.A. |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matthewman, William D. | 08/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Notre Dame College | Tuition and dorm Agreement | J |
| 2.   Univeristy of Central Florida | Tuition Agreement | J |
| 3.   Florida Atlantic University | Tuition and dorm Agreement | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matthewman, William D. | 08/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Direct Account | A | Interest | J | T | Exempt | | | | |
| 2. Vanguard Prime Money Market Account | A | Interest | M | T | | | | | |
| 3. Vanguard IRA Target 2020 Fund | D | Dividend | N | T | | | | | |
| 4. Vanguard IRA Target 2025 Fund | C | Dividend | K | T | | | | | |
| 5. Vanguard Prime Money Market Guardian Account 1 | A | Interest | J | T | | | | | |
| 6. Vanguard Prime Money Market Guardian Account 2 | A | Interest | J | T | | | | | |
| 7. Vanguard Prime Money Market Guardian Account 3 | A | Interest | J | T | | | | | |
| 8. FDX | A | Dividend | J | T | | | | | |
| 9. BAC | A | Dividend | J | T | | | | | |
| 10. SAMBA LLC | | None | J | W | | | | | |
| 11. Note/Mortgage/Michael L. Levy | | None | J | W | | | | | |
| 12. Floida Pre Paid College Plans | | None | K | W | | | | | |
| 13. Mass Mutual Whole Life Insurance, Policy # 1 | C | Dividend | K | T | | | | | |
| 14. Mass Mutual Whole Life Insurance, Policy # 2 | B | Dividend | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matthewman, William D. | 08/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Part III A, item 1, the 2010 amount of $353,249 is comprised of $316,769 in wages and $36,480 in Nonpassive K-1 income.

As to Part III A, item 2, the 2011 amount of $331,431 is comprised of $305,978 in wages and $25,453 in Nonpasive K-1 income.

As to Part III A, item 3, the amount listed is an estimate as the firm books on Matthewman Law, P.A. have not yet been closed out and the accounting is still in progress.

As to Part III A, item 4, the amount listed is an estimate.

As to Part VII, item 10, SAMBA LLC, of which I was a member in 2010 and 2011, owned a condominium office unit. When I left my prior firm on 12/31/2011, I relinquished all right, title and interest in and to SAMBA LLC. I did not make any profit on SAMBA LLC. I am no longer a member of SAMBA LLC.

As to Part VII, item 11, I am owed a sum of money in the approximate amount of $10,000 to $15,000 by Michael L. Levy who signed a note to me secured by a mortgage on real property located in Florida. I receive no payments on the note and it is supposed to be due on sale of the property which secures the mortgage. The note and mortgage have been dormant for over 10 years and I do not know if I will ever collect on the note and mortgage.

As to Part VII, item 12, I opened three Florida Pre-Paid College Accounts many years ago. They are self-depleting accounts, that is, as the benefits under the accounts for tuition and/or dormitory or college fees are requested, the accounts pay the monies directly until the accounts are exhausted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William D. Matthewman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544